Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Christopher T. Kim (SBN 279214)
E-mail: ckim@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendants
City of Alhambra, David Munson, Bill Rongavilla,
Grant Spencer, and Ruben Soriano

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LARE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ALHAMBRA; DAVID MUNSON; RUSSELL RONGAVILLA; GRANT SPENCER; RUBEN SORIANO; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:15-cv-01321-CAS (GJSx)<br><br>[PROPOSED] ORDER DISMISSING THIS ACTION WITH PREJUDICE<br><br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)]<br><br>*[Stipulation filed concurrently herewith]*<br><br>Hon. Christina A. Snyder |

///
///
///
///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

CASE NO. 2:15-CV-01321-CAS (GJSX)
[PROPOSED] ORDER DISMISSING THIS
ACTION WITH PREJUDICE

Pursuant to the Stipulation To Dismiss This Action With Prejudice filed by Plaintiff John Lare and Defendants City of Alhambra, David Munson, Bill Rongavilla, Grant Spencer, and Ruben Soriano, and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action including all claims against Defendants City of Alhambra, David Munson, Bill Rongavilla, Grant Spencer, and Ruben Soriano is dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 13, 2016

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE